**Order filed, November 14, 2013.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00833-CV

————————

**JETALL COMPANIES, INC., Appellant**

**V.**

**FOUR SEASONS FOOD DISTRIBUTORS, INC. AND DAVID G. DANG,
Appellee**

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-2294**

## ORDER

The reporter's record in this case was due **November 11, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Tamra Parks**, the substitute court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM